1114

No. 85–899. CONNECTICUT v. BARRETT. Sup. Ct. Conn. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–1409. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. YUCKERT. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 85–860. BIASINI v. NEW YORK. County Court of Montgomery County, N. Y. Certiorari denied.

No. 85–1190. ASSOCIATED GAS DISTRIBUTORS ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 85–1207. TRANSCONTINENTAL GAS PIPE LINE CORP. ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–1210. SANTIESTEBAN v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 85–1219. TRANSWESTERN PIPELINE CO. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.;
No. 85–1236. ANR PIPELINE CO. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.;
No. 85–1237. TEXAS EASTERN TRANSMISSION CORP. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.;
No. 85–1250. TRUNKLINE GAS CO. ET AL. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 85–1252. ARKLA ENERGY RESOURCES, A DIVISION OF ARKLA, INC. v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–1231. PASSARO v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 85–1283. HAYSSEN ET AL. v. BOARD OF ZONING ADJUSTMENTS OF THE COUNTY OF SONOMA (BERRY, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.